UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____

In re:                                                                    Chapter 11

                                                            Case No. 18-36351-cgm

          Dristin Holdings LLC,                                **NOTICE OF APPEARANCE**

                    Debtor(s).
_____

PLEASE TAKE NOTICE  NJCC-NYS CRF REO Subsidiary LLC, appears herein by its counsel, Law Offices of KNUCKLES, KOMOSINSKI & MANFRO, LLP and demands pursuant to Rules 2002 and 9007 of the Bankruptcy Rules that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the undersigned at the following office address and telephone number:

**Law Offices of
Knuckles, Komosinski & Manfro, LLP**
565 Taxter Road, Suite 590
Elmsford, New York 10523
(914) 345-3020

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleadings, request, complaint, or demand, whether formal or informal, whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise which may affect or seek to affect

in any way any rights or interests of NJCC-NYS CRF REO Subsidiary LLC, with respect to the Debtor's property or proceeds thereof in which the Debtor may claim an interest.

Dated:    Elmsford, New York
             August 23, 2018

                                Law Offices of Knuckles, Komosinski & Manfro, LLP
                                Attorneys for NJCC-NYS CRF REO Subsidiary LLC,

By:     */s/ Sara A. Coletti*
            Sara A. Coletti, Esq.
            565 Taxter Road, Suite 590
            Elmsford, NY 10523
            (914) 345-3020
            sat@kkmllp.com