| | |
|---|---|
| 1UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>POUGHKEEPSIE DIVISION | HEARING DATE: October 30, 2018<br>HEARING TIME: 12:00 P.M.<br>OBJECTION DEADLINE: October 23, 2018 |

---------------------------------------------------------  x
In re:                                                                                      :
                                                                                                  :   Case No. 18-36351 (CGM)
DRISTIN HOLDINGS LLC,                                             :
                                                                                                  :   (Chapter 11)
                                                   Debtor.               :
---------------------------------------------------------  x

**ORDER DISMISSING CASE FOR CAUSE UNDER 11 U.S.C. § 1112(b)**

Upon the United States Trustee's Motion to Dismiss or Convert Case under 11 U.S.C. § 1112(b), filed on October 4, 2018 (the "Motion"), and the hearing on the Motion held on October 30, 2018; and no party having appeared at the hearing or opposed the Motion; and it appearing that notice of the Motion was proper and that there is cause to grant the relief sought, it is hereby

ORDERED, that the Motion is granted; and it is further

ORDERED, that the Debtor's case is dismissed.



**Dated: November 12, 2018**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**